# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| BRANDON SMITH, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 3:20-cv-919 |
| v. | ) |
| | ) |
| 7-ELEVEN, INC. | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

The parties state that this case has been settled and stipulate to the dismissal of the action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 8th day of October, 2021.

*/s/ Luke Sanderson*
J. Luke Sanderson #35712
*Attorney for Plaintiff*
44 N 2nd Street, Ste 502
Memphis, TN 38103
(901) 523-1844

*/s/ Michael S. Orr*
Michael S. Orr
610 Newport Center Dr., Ste 700
Newport Beach, CA 92660
949.717.3000
msorr@calljenson.com
Attorney for Defendant